# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 22, 2024
Lyle W. Cayce
Clerk

No. 24-20143

United States of America,

*Plaintiff—Appellant*,

versus

Edward Constantinescu; Perry "PJ" Matlock; John Rybarczyk; Gary Deel; Stefan Hrvatin; Tom Cooperman; Mitchell Hennessey; Daniel Knight,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-612-1
USDC No. 4:22-CR-612-2
USDC No. 4:22-CR-612-3
USDC No. 4:22-CR-612-4
USDC No. 4:22-CR-612-5
USDC No. 4:22-CR-612-6
USDC No. 4:22-CR-612-7
USDC No. 4:22-CR-612-8

---

ORDER:

IT IS ORDERED that Appellees' motion to stay the case pending a decision in Supreme Court case *Kousisis v. United States*, 144 S. Ct. 2655 (2024), is GRANTED.

No. 24-20143

_____
Kurt D. Engelhardt
*United States Circuit Judge*