

Laura M. Kidd Cordova
(713) 752-4449 (Direct Dial)
lcordova@jw.com

September 4, 2025

The Hon. Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: *United States v. Edward Constantinescu, et al.*, No. 24-20143

Dear Mr. Cayce:

Defendants-Appellees submit this brief 28(j) letter to clarify the timeline of events in the District Court. During oral argument yesterday, the Court asked why Defendant Daniel Knight's guilty plea was accepted post-*Ciminelli*. The District Court accepted Mr. Knight's guilty plea *before Ciminelli* was decided. The timeline of events is as follows:

- March 27, 2023: The District Court accepts Mr. Knight's guilty plea. *See* ECF 222.

- May 11, 2023: The Supreme Court issues its opinion in *Ciminelli v. United States*, 598 U.S. 306 (2023).

- May 25, 2023: The District Court accepts Defendant Francis Sabo's guilty plea to an information (filed one day after *Ciminelli*) in No. 4:23-cr-206. *See* ECF 10. Defendants have not yet briefed the District Court on *Ciminelli*.

- September 5, 2023: Defendant John Rybarczyk files a joint motion to dismiss based, in part, on *Ciminelli*. *See* ECF 397.

- March 20, 2024: The District Court dismisses the Superseding Indictment without prejudice. *See* ECF 628.

- April 9, 2024: The District Court continues Mr. Knight's sentencing hearing pending this appeal. *See* ECF 646.

- April 16, 2024: The District Court continues Mr. Sabo's sentencing hearing pending this appeal. *See* No. 4:23-cr-206 at ECF 25.

Thus, the District Court accepted one guilty plea before *Ciminelli*, and the other guilty plea without any briefing on *Ciminelli*, which, at that time, had only been published for two weeks.

Respectfully submitted,

**JACKSON WALKER LLP**

*/s/* Laura M. Kidd Cordova
Laura M. Kidd Cordova
State Bar No. 24128031
lcordova@jw.com
Michael J. Murtha
State Bar No. 24116801
mmurtha@jw.com

1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
(713) 752-4221 (Facsimile)

**ATTORNEYS FOR APPELLEE
MITCHELL HENNESSEY**