United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 2, 2025
Lyle W. Cayce
Clerk

No. 24-20143

UNITED STATES OF AMERICA,

*Plaintiff—Appellant*,

versus

EDWARD CONSTANTINESCU; PERRY "PJ" MATLOCK; JOHN RYBARCZYK; GARY DEEL; STEFAN HRVATIN; TOM COOPERMAN; MITCHELL HENNESSEY; DANIEL KNIGHT,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-612-1
USDC No. 4:22-CR-612-2
USDC No. 4:22-CR-612-3
USDC No. 4:22-CR-612-4
USDC No. 4:22-CR-612-5
USDC No. 4:22-CR-612-6
USDC No. 4:22-CR-612-7
USDC No. 4:22-CR-612-8

---

JUDGMENT

Before HIGGINSON, WILLETT, and ENGELHARDT, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that we REVERSE the district court's dismissal of the indictment and REMAND for proceedings consistent with this opinion.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.