# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 16, 2025

Mr. Johnny Sutton
Ashcroft Sutton, L.L.C.
919 Congress Avenue
Suite 1325
Austin, TX 78701

    No. 24-20143    USA v. Constantinescu
                        USDC No. 4:22-CR-612-1
                        USDC No. 4:22-CR-612-2
                        USDC No. 4:22-CR-612-3
                        USDC No. 4:22-CR-612-4
                        USDC No. 4:22-CR-612-5
                        USDC No. 4:22-CR-612-6
                        USDC No. 4:22-CR-612-7
                        USDC No. 4:22-CR-612-8

Dear Mr. Matlock,

We will take no action on your petitions for rehearing. Only your attorney can file motions or other documents on your behalf. Your motion is being forwarded to your attorney for whatever action he deems necessary.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                        Christy M. Combel, Deputy Clerk
                                        504-310-7651

cc:
    Mr. Cordt Akers
    Mr. Alexander Eugene Brown
    Ms. Laura Marie Kidd Cordova
    Mr. Neal Andrew Davis
    Mr. Carlos M. Fleites
    Mr. Matthew Aaron Ford
    Mr. Philip Harlan Hilder

```
Ms. Anna Elizabeth Kalluri
Mr. Andrew Laing
Mr. Chip Brandon Lewis
Ms. Stephanie K. McGuire
Ms. Carmen Castillo Mitchell
Mr. Michael James Murtha
Mr. Luis Alejandro Reyes
Mr. Eric Samuel Rosen
Mr. James Gregory Rytting
Mr. Jeremy Raymond Sanders
Mr. Quentin Tate Williams
```