**IN THE UNITED STATES COURT**
**OF APPEALS FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>v.<br><br>PERRY "PJ" MATLOCK,<br><br>  *Defendant.* | CASE NO.  24-20143 |

**MOTION FOR THE WITHDRAWAL OF JOHNNY SUTTON, ALEXANDER E. BROWN AND LUIS A. REYES AS COUNSEL FOR DEFENDANT**

Johnny Sutton, Alexander E. Brown, and Luis A. Reyes, counsel for the Defendant in the above styled and numbered cause, hereby file this Motion to Withdraw as Counsel for Defendant and respectfully requests that they be permitted to withdraw as counsel of record for Defendant.

Counsels completed our contractual attorney-client relationship when the appeal decision was entered, and the case was closed. Client now wishes to enter pro se motions to re-open the case and rehear arguments. Client attempted to file said motions and was denied by the court. Attorneys now wish to withdraw to allow for filing of said motions. Motions are attached to this filing as exhibits.

Granting this motion will cause no prejudice to any party, or delay in this matter.

1

RESPECTFULLY SUBMITTED this the 16th day of October, 2025,

*/s/ Johnny Sutton*
Johnny Sutton
Texas Bar No. 19534250
Ashcroft Law Firm
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Mobile: (512) 585-9988
Email: jsutton@ashcroftlawfirm.com

*/s/ Alexander E. Brown*
Alexander E. Brown
Texas Bar No. 24099270
Ashcroft Law Firm
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Mobile: (512) 979-5112
Email: abrown@ashcroftlawfirm.com

*/s/ Luis A. Reyes*
Luis A. Reyes
Texas Bar No. 90001931
Troutman Pepper Locke
300 Colorado St., Ste. 2100
Austin, TX 78701
Phone: (512) 305-4728
Mobile: (512) 547-7883
Email: lu.reyes@troutman.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on or about October 16, 2025, I conferred with Defendant, and they are not opposed.

*/s/ Johnny Sutton*
Johnny Sutton

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E), I hereby certify that on October 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Johnny Sutton*
Johnny Sutton
