# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 3, 2025
Lyle W. Cayce
Clerk

No. 24-20143

United States of America,

*Plaintiff—Appellant*,

versus

Perry "PJ" Matlock,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-612-2

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Higginson, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:

  The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 40 and 5th Cir. R. 40), the petition for rehearing en banc is DENIED.

---

*Judge Priscilla Richman did not participate in the consideration of the rehearing en banc.