# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-20143   USA v. Constantinescu
                    USDC No. 4:22-CR-612-2

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Christy M. Combel, Deputy Clerk
                              504-310-7651

Mr. Cordt Akers
Ms. Laura Marie Kidd Cordova
Mr. Neal Andrew Davis
Mr. Carlos M. Fleites
Mr. Matthew Aaron Ford
Mr. Philip Harlan Hilder
Ms. Anna Elizabeth Kalluri
Mr. Andrew Laing
Mr. Chip Brandon Lewis
Mr. Perry "PJ" Matlock Jr.
Ms. Stephanie K. McGuire
Ms. Carmen Castillo Mitchell
Mr. Michael James Murtha
Mr. Nathan Ochsner
Mr. Eric Samuel Rosen
Mr. James Gregory Rytting
Mr. Jeremy Raymond Sanders
Mr. Quentin Tate Williams